# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ISAAC A., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>RUSSEL CARLSON, et al.,<br><br>    Defendants. | Civil Action No. 1:24-cv-00037-AT |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO FILE AND PROCEED UNDER PSEUDONYMS

Pursuant to the stipulated protective order (Doc. 27), Plaintiffs provided Defendants with the identities of the individual Plaintiffs. For that reason, Defendants do not oppose Plaintiffs' motion to file and proceed under pseudonyms (Doc. 5).

Respectfully submitted this 9th day of February, 2024.

<table>
<tr><td>

*/s/ Bryan K. Webb*
Christopher M. Carr
  *Attorney General*
  Georgia Bar No. 112505
Bryan K. Webb
  *Deputy Attorney General*
  Georgia Bar No. 743580
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia, 30334
404-458-3408
bwebb@law.ga.gov
**pro hac vice*

</td><td>

*/s/ Patrick Strawbridge*
Patrick Strawbridge*
Consovoy McCarthy PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(617) 227-0548
patrick@consovoymccarthy.com

Frank H. Chang*
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
frank@consovoymccarthy.com

**pro hac vice*

</td></tr>
</table>

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that, on February 9, 2024, I electronically filed the foregoing with the Court and served it on opposing counsel through the Court's CM/ECF system.

*/s/ Patrick Strawbridge*