# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ISAAC A., et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>RUSSEL CARLSON, et al.,<br><br>                Defendants. | Civil Action No. 1:24-cv-00037-AT |

## DEFENDANTS' MOTION TO DISMISS

Defendants move to dismiss the class complaint for lack of subject-matter jurisdiction and failure to state a claim. *See* Fed. R. Civ. P. 12(b)(1), (6).

Dated: March 4, 2024

/s/ Bryan K. Webb
Christopher M. Carr
  *Attorney General*
  Georgia Bar No. 112505
Bryan K. Webb
  *Deputy Attorney General*
  Georgia Bar No. 743580
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia, 30334
404-458-3408
bwebb@law.ga.gov

*Attorneys for Defendants*

Respectfully submitted,

/s/ Patrick Strawbridge
Patrick Strawbridge*
Consovoy McCarthy PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(617) 227-0548
patrick@consovoymccarthy.com

Frank H. Chang*
C'Zar Bernstein*
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
**pro hac vice*

## CERTIFICATE OF SERVICE

I certify that I filed this document through the CM/ECF system.

*/s/ Patrick Strawbridge*