IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ISAAC A., et al., <br><br> Plaintiffs, <br><br> v. <br><br> RUSSEL CARLSON, et al., <br><br> Defendants. | Civil Action No. 1:24-cv-00037-AT |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME
TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

Defendants filed a motion to dismiss on March 4, 2024 (Doc. 32). After the Court granted Plaintiffs' consent motion for a 14-day extension, Plaintiffs filed their response in opposition to Defendants' motion to dismiss on April 1, 2024 (Doc. 39).

Under Local Rule 7.1(C), Defendants' reply in support of their motion to dismiss is currently due April 15, 2024. Defendants respectfully request a 14-day extension to file their reply, including and up to Monday, April 29, 2024. Counsel require the extra time because of competing obligations, including multiple briefs due in mid-April. Plaintiffs consent to the relief sought in this motion.

| | |
|---|---|
| Dated: April 3, 2024 | Respectfully submitted, |
| */s/ Bryan K. Webb* | */s/ Patrick Strawbridge* |
| Christopher M. Carr | Patrick Strawbridge* |
|   *Attorney General* | Consovoy McCarthy PLLC |
|   Georgia Bar No. 112505 | Ten Post Office Square |
| Bryan K. Webb | 8th Floor South PMB #706 |
|   *Deputy Attorney General* | Boston, MA 02109 |
|   Georgia Bar No. 743580 | (617) 227-0548 |
| Georgia Department of Law | patrick@consovoymccarthy.com |
| 40 Capitol Square SW | |
| Atlanta, Georgia, 30334 | Frank H. Chang* |
| 404-458-3408 | C'Zar Bernstein* |
| bwebb@law.ga.gov | Consovoy McCarthy PLLC |
| | 1600 Wilson Blvd., Suite 700 |
| | Arlington, VA 22209 |
| | (703) 243-9423 |
| | frank@consovoymccarthy.com |
| | czar@consovoymccarthy.com |
| | *pro hac vice* |

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that I filed this document through the CM/ECF system.

                                                      */s/ Patrick Strawbridge*