IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ISAAC A., et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 1:24-cv-00037-AT |
| RUSSEL CARLSON, et al., | |
| Defendants. | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS
AND FOR LEAVE TO FILE ADDITIONAL PAGES**

Defendants filed a motion to dismiss on March 4, 2024 (Doc. 32). Plaintiffs filed their response in opposition to Defendants' motion to dismiss on April 1, 2024 (Doc. 39). In light of this Court's April 3, 2024 order granting Defendants' motion for a 14-day extension (Doc. 40), Defendants' reply brief is currently due April 29, 2024 and is limited to 30 pages in length. Defendants were prepared to file a reply brief to Plaintiffs' opposition consistent with this Court's order.

On April 22, 2024, the United States filed a 25-page Statement of Interest (Doc. 41) supporting Plaintiffs. Defendants request an additional ten pages (for a total of 40 pages) and a seven-day extension to file their reply, including and up to Monday, May 6, 2024. The additional time and pages will allow Defendants to fully respond to arguments by the United States, including ones that Plaintiffs did not make. Plaintiffs do not oppose the relief sought in this motion.

| | |
|---|---|
| Dated: April 23, 2024 | Respectfully submitted, |
| | |
| */s/ Bryan K. Webb* | */s/ Patrick Strawbridge* |
| Christopher M. Carr | Patrick Strawbridge* |
|   *Attorney General* | Consovoy McCarthy PLLC |
|   Georgia Bar No. 112505 | Ten Post Office Square |
| Bryan K. Webb | 8th Floor South PMB #706 |
|   *Deputy Attorney General* | Boston, MA 02109 |
|   Georgia Bar No. 743580 | (617) 227-0548 |
| Georgia Department of Law | patrick@consovoymccarthy.com |
| 40 Capitol Square SW | |
| Atlanta, Georgia, 30334 | Frank H. Chang* |
| 404-458-3408 | C'Zar Bernstein* |
| bwebb@law.ga.gov | Consovoy McCarthy PLLC |
| | 1600 Wilson Blvd., Suite 700 |
| | Arlington, VA 22209 |
| | (703) 243-9423 |
| | frank@consovoymccarthy.com |
| | czar@consovoymccarthy.com |
| | *pro hac vice* |

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that I filed this document through the CM/ECF system.

                                                                                       */s/ Patrick Strawbridge*