IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ISAAC A., et al., <br><br> Plaintiffs, <br><br> v. <br><br> RUSSEL CARLSON, et al., <br><br> Defendants. | Civil Action No. 1:24-cv-00037-AT |

**NOTICE OF APPEAL**

Defendants, Russel Carlson, Kevin Tanner, and Candice L. Broce, appeal to the U.S. Court of Appeals for the Eleventh Circuit this Court's March 25, 2025, Order denying the motion to dismiss as to all claims. *See* Doc. 47.

Dated: April 2, 2025

Respectfully submitted,

/s/ Bryan K. Webb
Christopher M. Carr
  *Attorney General*
  Georgia Bar No. 112505
Bryan K. Webb
  *Deputy Attorney General*
  Georgia Bar No. 743580
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia, 30334
404-458-3408
bwebb@law.ga.gov

*Attorneys for Defendants*

/s/ Patrick Strawbridge
Patrick Strawbridge (pro hac vice)
Consovoy McCarthy PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(617) 227-0548
patrick@consovoymccarthy.com

Frank H. Chang (pro hac vice)
C'Zar Bernstein (pro hac vice)
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
frank@consovoymccarthy.com
czar@consovoymccarthy.com

## CERTIFICATE OF SERVICE

I certify that I filed this document through the CM/ECF system.

*/s/ Patrick Strawbridge*

## CERTIFICATE OF FONT

I certify that this notice was prepared with Book Antiqua size 13 per LR 5.1.

*/s/ Patrick Strawbridge*