IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ISAAC A., et al.,

                Plaintiffs,

    v.                               Civil Action No. 1:24-cv-00037-AT

RUSSEL CARLSON, et al.,

                Defendants.

**MOTION TO WITHDRAW AS COUNSEL**

Counsel C'Zar Bernstein respectfully moves to withdraw as counsel in this matter for Defendants Russel Carlson, Kevin Tanner, and Candice Broce. Mr. Bernstein is leaving Consovoy McCarthy PLLC on April 30, 2025, to pursue another professional opportunity and will be unable to continue his representation. Plaintiffs will continue to be represented by counsel, including other capable counsel at Consovoy McCarthy PLLC.

For these reasons, the undersigned respectfully requests an order permitting C'Zar D. Bernstein to withdraw as counsel for Defendants.

Dated: April 28, 2025							Respectfully submitted,

							*/s/ C'Zar Bernstein*
							C'Zar Bernstein\*
							Consovoy McCarthy PLLC
							1600 Wilson Blvd., Suite 700
							Arlington, VA 22209
							(703) 243-9423
							czar@consovoymccarthy.com

							*\*pro hac vice*

						*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I certify that I filed this document through the CM/ECF system.

							*/s/ C'Zar Bernstein*