# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-11114

_____

ISAAC A.,
   by and through next friend, A.A.,
ZACK B,
   by and through next friend, B.B.,
LEON C,
   by and through next friend, C.C.,
SAMUEL D.,
   by and through next friend, D.D., on behalf of themselves
   and those similarly situated,
THE GEORGIA ADVOCACY OFFICE,

                                      *Plaintiffs-Appellees,*

versus

COMMISSIONER FOR THE GEORGIA DEPARTMENT
OF COMMUNITY HEALTH,
COMMISSIONER OF THE GEORGIA DEPARTMENT
OF BEHAVIORAL HEALTH AND DISABILITIES,
COMMISSIONER OF THE GEORGIA DEPARTMENT
OF HUMAN SERVICES,

                                      *Defendants-Appellants.*

2   Order of the Court   25-11114

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:24-cv-00037-AT

_____

ORDER:

The motion to withdraw as counsel filed by Catherine G. Lucas is GRANTED.

/s/ Kevin C. Newsom

UNITED STATES CIRCUIT JUDGE